UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EMORY A. KINSEY,

    Plaintiff,

vs.                                          Case No. 3:10-cv-1055-J-99MMH-JRK

MLH FINANCIAL SERVICES, INC.

    Defendant.
_____/

**MLH FINANCIAL SERVICES, INC.'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant MLH FINANCIAL SERVICES, INC. ("MLH") by and through its undersigned counsel, moves for an extension of time of one (1) day, through and including December 14, 2010, in which to answer, move or otherwise respond to Plaintiff's Complaint in this action, and in support thereof states the following:

    1.    On or about November 16, 2010, this action was commenced against MLH, asserting that MLH has committed various violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p ("FDCPA").

    2.    The Complaint was served on MLH on or about November 22, 2010.

    3.    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, MLH's response to the Complaint is due on or about December 13, 2010.

    4.    The undersigned had professional and personal demands which prevented him from filing MLH's response on or before December 13, 2010, despite his best efforts, and asks that the Court grant the short extension of time of one (1) day, through and including December 14, 2010 for MLH to respond to the Complaint.

5.   Neither MLH nor the undersigned has previously moved this Court for an extension of time in which to file its response to the Plaintiff's Complaint.

6.   The relief requested in this Motion will not prejudice any party and is not advanced for purposes of delay.

7.   Because the undersigned anticipated filing MLH's response on December 13, 2010, but was unable to do so, the undersigned counsel for MLH was unable to discuss the relief south in this motion with Plaintiff.

## MEMORANDUM OF LAW

This Court should grant MLH's request for an extension of time for serving its responses to Plaintiff's Complaint. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1). Thus, the Court, in its discretion, may order the period for responding to pleadings extended if a request is made, as here, before the expiration of the period originally prescribed. The standard is a liberal one, and "an application for enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4b CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, § 1165, at 552 (3d ed. 2002).

For the reasons discussed above, MLH has cause for the requested extension. MLH does not seek this extension in bad faith or for the purpose of delay and no party will be prejudiced if the Court grants this extension.

WHEREFORE, MLH Financial Services, Inc. respectfully requests that this Court enter an Order granting its Motion for Extension of Time to File Response to Plaintiff's Complaint up through, and including, December 14, 2010.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Emory A. Kinsey, 2504 Edgewood Ave. W, Jacksonville, FL 32209; and via U.S. Mail to Emory A. Kinsey, 2504 Edgewood Ave. W, Jacksonville, FL 32209 on December 14, 2010.

**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
390 North Orange Avenue, Suite 1500
Post Office Box 1391
Orlando, Florida 32802-1391
Attorneys for Defendant
Telephone: (407) 423-4246
Fax: (407) 423-7014

By:*/s/ Richard B. Weinman*
RICHARD B. WEINMAN
Florida Bar No. 0231370