# EXHIBIT H

# Florida Laws: FL Statutes - Title VII Evidence Section 90.101 Short title.



Barracuda Spam Firewall
www.Barracuda.com
50,000 customers worldwide. No Per User Fees. Free Eval!
AdChoices

90.801 Hearsay; definitions; exceptions.—

(1) The following definitions apply under this chapter:

(a) A "statement" is:

1. An oral or written assertion; or

2. Nonverbal conduct of a person if it is intended by the person as an assertion.

(b) A "declarant" is a person who makes a statement.

(c) "Hearsay" is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted.

(2) A statement is not hearsay if the declarant testifies at the trial or hearing and is subject to cross-examination concerning the statement and the statement is:

(a) Inconsistent with the declarantâ€™s testimony and was given under oath subject to the penalty of perjury at a trial, hearing, or other proceeding or in a deposition;

(b) Consistent with the declarantâ€™s testimony and is offered to rebut an express or implied charge against the declarant of improper influence, motive, or recent fabrication; or

(c) One of identification of a person made after perceiving the person.

History.—s. 1, ch. 76-237; s. 1, ch. 77-77; ss. 19, 22, ch. 78-361; ss. 1, 2, ch. 78-379; s. 2, ch. 81-93; s. 497, ch. 95-147.

Sections: Previous 90.616 90.701 90.702 90.703 90.704 90.705 90.706 90.801 90.802 90.803 90.804 90.805 90.806 90.901 90.902 Next

*Last modified: May 31, 2013*

Bloomberg Law®
BloombergLaw.com
Integrated Legal & Business Intelligence with 24/7 Support
AdChoices

